# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| [Plaintiff] | : |
| ZIYAO JIANG | : |
| vs. | :CASE NO: |
| [Defendant] | : |
| SEALAND SECURITIES CO.,LTD | : |
| BAISE BRANCH OF PEOPLE'S BANK OF CHINA | : |

# COMPLAINT

Plaintiff ZIYAO JIANG, address 4658 157th St, Flushing, NY 11355.

Defendant #1: SEALAND SECURITIES CO.,LTD. 国海证券股份有限公司. Address 桂林市辅星路13 号.

Defendant #2: BAISE BRANCH OF PEOPLE'S BANK OF CHINA. 中国人民银行百色市分行, address 百色市右江区中山二路25号.

Part One. Facts and illustration.

1. Summer 2023, #1 told FBI that Plaintiff need to pay loan in amount of RMB 100,000. But actually I clear my investment position and return loan back to #1 in Summer 2016. 6-1. Bank and clearance service are proof. #1's forgery make illegal surveillance by Chinese police last longer and have more time and chances to persecute me.

2. Summer 2016, #1 made me and my fund group miss all IPO lottery in Aug and Sep.

3. Mar 10, 2015, I pass highest level option knowledge test, #1 intended to amend the date to invalid my score report.



期权知识测试成绩单

蒋子尧，股东卡号：A447275755，于2015-03-10

期权交易三级知识考试，成绩为90分。

上海证券交

20XX年 3月

上海证券交易所

20XX年 3月10日

4. Feb 09, 2015, 50ETF options are listed in Shanghai Stock Exchange, they reward the first one hundred option traders certificate. #1 intended to make me miss the prize.

5. Fall 2016, when I open accounts at offender's counter, SAM a student from Pakistan,  calls me on WeChat, it's perjury me connected with terrorists. #1 and #2's conspiracy to abuse Anti-Money Laundering Department of #2 to rob away my asset in accounts. the #1 employee told me to fill a lot of forms on counter-terrorism financing, and she always told me not right so she had to freeze my accounts.

6. Dec 13, 2016, #1 announce itself got involved of fake seal incident. As an financial institution, it just admit benefits but deny obligation, liability and responsibility by saying the seal is fake or no such agreements at all. Rico crime.

https://zh.wikipedia.org/wiki/%E5%9B%BD%E6%B5%B7%E8%AF%81%E5%88%B8%E5%80%BA%E5%88%B8%E9%A3%8E%E9%99%A9%E4%BA%8B%E4%BB%B6

Part Two.

7. My investment return rate between 2014 to 2021 is 105% per year.

8. Point-1, Defendants intended to theft me $ 15,873 (Currency rate 6.3).

9. Point-2, direct real lost is RMB 150,000 or $23,809.

10. Point-3 and -5, Defendants intended to rob away all my property in all my accounts, totally at 150 million U.S dollar in Sep 2021.

11. Point-4, #1 intended to theft away my reward from Shanghai Stock Exchange, which is unlimited honor to an EB-1A immigrant to the U.S with financial and investment background.

12. The real lost is supposed to be calculated with compound interest rate, to simplify law process to calculate into $ 350,000,000, and mental Compensation at amount of $ 50,000,000. So compensation totally at $400,000,000.

Jan 23, 2026

/S/[ZIYAO JIANG]