UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

                    Plaintiff,

       -against-

SEALAND SECURITIES CO., LTD., ET AL.,

                 Defendants.

26cv639 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 12, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 17, 2026
         New York, New York

                          /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                  Chief United States District Judge